United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-10128-mdc
Che Green                                                                       Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa            Page 1 of 2           Date Rcvd: Mar 06, 2018
                              Form ID: 309I         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2018.
```
db           +Che Green,    613 Catharine St.,    Philadelphia, PA 19147-2967
14042555      Bank Services Inc.,    314 S. Franklin St.,    Titusville PA   16354-2168
14040331     +CMLTI Asset Trust,    18451 North Dallas Parkway, Suite 100,    Dallas, TX 75287-5209
14042533      Capital One/Saks Fifth Ave,    PO Box 10327,    Jackson MS   39289-0327
14042552     +Cenlar FSB,    425 Phillips Blvd,    Ewing NJ 08618-1430
14042545     +Comnwlth Fin,    245 Main St,    Scranton PA 18519-1641
14042542     +Deutsche Bank National Trust CO.,    338 S. Warminster Rd.,    Hatboro PA 19040-3430
14065740     +Deutsche Bank National Trust Co. Trustee (See 410),     c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14042463      E Trade,    2730 Liberty Ave,    PNC Bank,    Pittsburgh PA 15222-4747
14042553     +Homeward Residential,    1525 S Belt Line Rd,    Coppell TX 75019-4913
14042535      IRS,   US Dept. of the Treasury,    Phila PA    19100
14042539     +PNC Mortgage,    PO Box 8703,    Dayton OH 45401-8703
14042547     +Pinnacle Credit Serv,    7900 Highway 7 100,    Saint Louis Par, MN 55426-4045
14042550      Specialized Loan Services,    8742 Lucent Blvd Ste 300,    Highlands Ranch CO    80129-2386
14042549     +Wilshire Credit Corp,    450 American St. SV 416,    Simi Valley CA 93065-6285
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +E-mail/Text: bncnotice@ph13trustee.com Mar 07 2018 02:58:16      WILLIAM C. MILLER, Esq.,
               Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg           E-mail/Text: bankruptcy@phila.gov Mar 07 2018 02:57:53      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 07 2018 02:57:48      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 07 2018 02:57:38      United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14042540     +E-mail/Text: seinhorn@ars-llc.biz Mar 07 2018 02:58:14      Ablty Recvry,    PO Box 4031,
               Wyoming PA 18644-0031
14042543      EDI: BANKAMER.COM Mar 07 2018 07:53:00      FIA CSNA,    PO Box 982235,    El Paso TX   79998
14042462     +EDI: BANKAMER.COM Mar 07 2018 07:53:00      Bank of America N.A.,    450 American St.,
               Simi Valley CA 93065-6285
14042464      E-mail/Text: bankruptcy@phila.gov Mar 07 2018 02:57:53      City of Phila,    c/o Law Dept.,
               1401 JFK Blvd., 5th Floor,    Phila PA   19102
14061038      EDI: CAPITALONE.COM Mar 07 2018 07:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
14042544     +E-mail/Text: bankruptcy@cavps.com Mar 07 2018 02:57:45      Cavalry Port,
               500 Summit Lake Dr., Ste 400,    Valhalla NY 10595-2322
14040725     +E-mail/Text: bankruptcy@cavps.com Mar 07 2018 02:57:46      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14042538      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 07 2018 02:57:23
               Commonwealth of PA Dept. of Revenue,    Bureau of Compliance,    Dept. 280946,
               Harrisburg PA  17128-0946
14060414     +EDI: ECMC.COM Mar 07 2018 07:53:00      ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14042534      EDI: RMSC.COM Mar 07 2018 07:53:00      Green Tree Servicing,    332 Minnesota St., Ste 610,
               Saint Paul MN   55101
14042532      E-mail/Text: bankruptcy.bnc@ditech.com Mar 07 2018 02:57:15      Green Tree,    PO Box 6172,
               Rapid City SD   57709-6172
14042536     +EDI: MID8.COM Mar 07 2018 07:53:00      Midland Funding,    8875 Aero Dr., Ste 200,
               San Diego CA 92123-2255
14038061     +EDI: PRA.COM Mar 07 2018 07:53:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
14043085      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 07 2018 02:57:23
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
14042546     +EDI: PRA.COM Mar 07 2018 07:53:00      Portfolio Recovery A,    120 Corporate Blvd Ste 1,
               Norfolk VA 23502-4952
14042541      EDI: RMSC.COM Mar 07 2018 07:53:00      Synchrony Bank,    PO Box 965022,
               Orlando FL   32896-5022
                                                                                               TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
14042554*    +PNC Mortgage,    PO Box 8703,    Dayton OH 45401-8703
14043086*     Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Lisa               Page 2 of 2            Date Rcvd: Mar 06, 2018
                              Form ID: 309I            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               jill@pkallc.com,
                chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               jill@pkallc.com,
                chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    E*TRADE BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 7
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Che Green** | Social Security number or ITIN | xxx–xx–9504 |
| | First Name   Middle Name   Last Name | EIN | 74–3082579 |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 13 | 1/9/18 |
| Case number: | 18–10128–mdc | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Che Green | |
| 2. | **All other names used in the last 8 years** | dba Green Paper | |
| 3. | **Address** | 613 Catharine St.<br>Philadelphia, PA 19147 | |
| 4. | **Debtor's attorney**<br>Name and address | Che Green<br>613 Catharine St.<br>Philadelphia, PA 19147 | Contact phone _____<br>Email: **NO EMAIL ADDRESS FOUND** |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (215)408–2800<br>Date: 3/6/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 18, 2018 at 1:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/17/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/20/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/8/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $6,000.00 per month for 60 months. **The hearing on confirmation will be held on: 5/17/18 at 9:30 AM Location:Courtroom #2, 900 Market Street, Philadelphia PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |