## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Che Green dba Green Paper  
        <u>Debtor</u>

CHAPTER 13

BKY. NO. 18-10128 mdc

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as servicer for E*Trade Bank and index same on the master mailing list.

                Respectfully submitted,

                **/s/ Rebecca A. Solarz, Esquire**  
                Rebecca A. Solarz, Esquire  
                KML Law Group, P.C.  
                701 Market Street, Suite 5000  
                Philadelphia, PA 19106-1532  
                (215) 627-1322 FAX (215) 627-7734