

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Che Green, dba Green Paper<br>　　　　　　　　　　　　Debtor | Case No. 18-10128 MDC<br><br>Chapter 13 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF9<br>　　　　　　　　　　　　Movant<br>v.<br>Che Green, dba Green Paper<br><br>and<br>William C. Miller, Esquire<br>　　　　　　　　　　　　Respondents | |

### ORDER GRANTING PROSPECTIVE
### IN-REM RELIEF FROM THE AUTOMATIC STAY

AND NOW, this 20th day of March, 2018, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF9 and/or its successors and assigns to obtain all other Relief available under the Non-Bankruptcy law and its loan documents.

Upon the order being granted and entered, Movant shall have the continuing authority to contact the Debtor directly to determine intent regarding the property located at 613 Catharine Street, Unit A7, Philadelphia, PA 19147 and/or to verify vacancy of the home.

It is further ORDERED, that the Prospective IN-REM Relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code *and that no further Bankruptcy filings by Debtor or any party claiming an interest in the Property shall place an Automatic Stay on the mortgaged property*.

It is further ORDERED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

It is further ORDERED, that Movant is no longer required to send and/or file the Notice required by Federal Rule of Bankruptcy Procedure 3002.1.

　　　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Interested Parties:

Che Green, Pro Se
613 Catharine St.
Philadelphia, PA 19147
Pro Se Debtor

William C. Miller, Esquire
P.O. Box 1229
Philadelphia, PA 19105
Trustee

Jill Manuel-Coughlin, Esquire
8 Neshaminy Interplex., Suite 215
Trevose, PA 19053
Attorney for Movant