```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                         Case No. 18-10128-mdc
Che Green                                                                      Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia             Page 1 of 1         Date Rcvd: Mar 20, 2018
                              Form ID: pdf900            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2018.
db             +Che Green,    613 Catharine St.,    Philadelphia, PA 19147-2967

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2018 at the address(es) listed below:
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    E*TRADE BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>Che Green, dba Green Paper<br>　　　　　　　　　　　Debtor | Case No. 18-10128 MDC<br><br>Chapter 13 |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF9<br>　　　　　　　　　　　Movant<br>　　　v.<br>Che Green, dba Green Paper<br><br>and<br>William C. Miller, Esquire<br>　　　　　　　　　　　Respondents | |

## ORDER GRANTING PROSPECTIVE
## IN-REM RELIEF FROM THE AUTOMATIC STAY

AND NOW, this 20th day of March, 2018, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF9, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF9 and/or its successors and assigns to obtain all other Relief available under the Non-Bankruptcy law and its loan documents.

Upon the order being granted and entered, Movant shall have the continuing authority to contact the Debtor directly to determine intent regarding the property located at 613 Catharine Street, Unit A7, Philadelphia, PA 19147 and/or to verify vacancy of the home.

It is further ORDERED, that the Prospective IN-REM Relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code *and that no further Bankruptcy filings by Debtor or any party claiming an interest in the Property shall place an Automatic Stay on the mortgaged property*.

It is further ORDERED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

It is further ORDERED, that Movant is no longer required to send and/or file the Notice required by Federal Rule of Bankruptcy Procedure 3002.1.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Interested Parties:

Che Green, Pro Se
613 Catharine St.
Philadelphia, PA 19147
Pro Se Debtor

William C. Miller, Esquire
P.O. Box 1229
Philadelphia, PA 19105
Trustee

Jill Manuel-Coughlin, Esquire
8 Neshaminy Interplex., Suite 215
Trevose, PA 19053
Attorney for Movant