# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-10128-MDC

CHE GREEN

613 CATHARINE ST

PHILADELPHIA, PA 19147-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  CHE GREEN

  613 CATHARINE ST

  PHILADELPHIA, PA 19147-

Counsel for debtor(s), by electronic notice only.

  PRO-SE
  *
  *
  *, * *
  ,

Date: 4/19/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee