United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10128-mdc
Che Green                                                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 2                  Date Rcvd: May 24, 2018
                              Form ID: pdf900             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
```
db             +Che Green,    613 Catharine St.,    Philadelphia, PA 19147-2967
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
14042543      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA CSNA,     PO Box 982235,    El Paso TX   79998)
14042555       Bank Services Inc.,    314 S. Franklin St.,    Titusville PA   16354-2168
14042462      +Bank of America N.A.,    450 American St.,    Simi Valley CA 93065-6285
14040331      +CMLTI Asset Trust,    18451 North Dallas Parkway, Suite 100,    Dallas, TX 75287-5209
14073730       CREDITONE, LLC,    P.O. BOX 625,    METAIRIE, LA 70004-0625
14061038       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14042533       Capital One/Saks Fifth Ave,    PO Box 10327,    Jackson MS   39289-0327
14042552      +Cenlar FSB,    425 Phillips Blvd,    Ewing NJ 08618-1430
14042545      +Comnwlth Fin,    245 Main St,    Scranton PA 18519-1641
14042542      +Deutsche Bank National Trust CO.,    338 S. Warminster Rd.,    Hatboro PA 19040-3430
14065740      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14042463       E Trade,    2730 Liberty Ave,    PNC Bank,    Pittsburgh PA 15222-4747
14060414      +ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14074263      +ETrade Bank,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14042553      +Homeward Residential,    1525 S Belt Line Rd,    Coppell TX 75019-4913
14042535       IRS,    US Dept. of the Treasury,    Phila PA   19100
14042539      +PNC Mortgage,    PO Box 8703,    Dayton OH 45401-8703
14042547      +Pinnacle Credit Serv,    7900 Highway 7 100,    Saint Louis Par, MN 55426-4045
14074605       Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Chase Bank USA,,
                 N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14042550       Specialized Loan Services,    8742 Lucent Blvd Ste 300,    Highlands Ranch CO   80129-2386
14042549      +Wilshire Credit Corp,    450 American St. SV 416,    Simi Valley CA 93065-6285

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov May 25 2018 01:59:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 25 2018 01:59:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 25 2018 01:59:32
                 Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,   Dept. 280946,
                 Harrisburg, PA   17128-0946
14042540      +E-mail/Text: seinhorn@ars-llc.biz May 25 2018 01:59:58     Ablty Recvry,   PO Box 4031,
                 Wyoming PA 18644-0031
14074583       E-mail/Text: bkr@cardworks.com May 25 2018 01:59:11     Advanta Bank Corporation,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14042464       E-mail/Text: bankruptcy@phila.gov May 25 2018 01:59:52     City of Phila,   c/o Law Dept.,
                 1401 JFK Blvd., 5th Floor,    Phila PA   19102
14061038       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 25 2018 02:02:32
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14042544      +E-mail/Text: bankruptcy@cavps.com May 25 2018 01:59:41     Cavalry Port,
                 500 Summit Lake Dr., Ste 400,    Valhalla NY 10595-2322
14040725      +E-mail/Text: bankruptcy@cavps.com May 25 2018 01:59:41     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14042538       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 25 2018 01:59:31
                 Commonwealth of PA Dept. of Revenue,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg PA   17128-0946
14042534       E-mail/PDF: gecsedi@recoverycorp.com May 25 2018 02:02:43     Green Tree Servicing,
                 332 Minnesota St., Ste 610,    Saint Paul MN   55101
14042532       E-mail/Text: bankruptcy.bnc@ditech.com May 25 2018 01:59:17     Green Tree,   PO Box 6172,
                 Rapid City SD   57709-6172
14042536      +E-mail/Text: bankruptcydpt@mcmcg.com May 25 2018 01:59:35     Midland Funding,
                 8875 Aero Dr., Ste 200,    San Diego CA 92123-2255
14070482      +E-mail/Text: bankruptcydpt@mcmcg.com May 25 2018 01:59:35     Midland Funding LLC,
                 PO Box 2011,    Warren MI 48090-2011
14038061      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2018 02:02:21
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14043085       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 25 2018 01:59:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA   17128-0946
14042546      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2018 02:02:43
                 Portfolio Recovery A,    120 Corporate Blvd Ste 1,    Norfolk VA 23502-4952
14042541       E-mail/PDF: gecsedi@recoverycorp.com May 25 2018 02:02:43     Synchrony Bank,   PO Box 965022,
                 Orlando FL   32896-5022
14074880      +E-mail/PDF: gecsedi@recoverycorp.com May 25 2018 02:02:43     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 19
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: May 24, 2018
                              Form ID: pdf900             Total Noticed: 41


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
cr*           +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14042554*     +PNC Mortgage,   PO Box 8703,   Dayton OH 45401-8703
14043086*      Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
                                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    E*TRADE BANK bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, et al...
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHE GREEN                              Chapter 13

                    Debtor             Bankruptcy No. 18-10128-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___24th___ day of _____May_____, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PRO-SE
*
*
*, * *

Debtor:
CHE GREEN

613 CATHARINE ST

PHILADELPHIA, PA 19147-